1  Tanya E. Moore, SBN 206683
   Moore Law Firm, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff
   Gerardo Hernandez

6

7

8                      **UNITED STATES DISTRICT COURT**

9                      **NORTHERN DISTRICT OF CALIFORNIA**

10

| | | |
|---|---|---|
| 11 | GERARDO HERNANDEZ, | ) Case No. 3:19-cv-01479-TSH |
| 12 | Plaintiff, | ) **DECLARATION OF PARALEGAL** |
| 13 | vs. | ) **WHITNEY LAW IN SUPPORT OF** |
| 14 | | ) **PLAINTIFF'S MOTION FOR** |
| 15 | SPRING CHARTER INC. dba VALLEY MARKET & GAS, et al., | ) **RECOVERY OF HIS ATTORNEYS'** |
| 16 | Defendants. | ) **FEES, COSTS, AND LITIGATION** |
| 17 | | ) **EXPENSES** |
| 18 | | ) Date: March 19, 2020 |
| | | ) Time: 10:00 a.m. |
| | | ) Courtroom: G, 15th Floor |
| | | ) Magistrate Judge Thomas S. Hixson |

19

20      I, Whitney Law, declare as follows:

21      1.     I am a paralegal for the Moore Law Firm, P.C., attorney of record for Plaintiff,

22 Gerardo Hernandez, with a certificate of completion from an American Bar Association

23 approved paralegal program as set forth in California Business & Professions Code § 6450, and

24 I am in compliance with all requirements of § 6450 to qualify as a paralegal under California

25 law, including continuing education. I am over the age of eighteen (18) years and have

26 personal knowledge of the facts contained herein and if called as a witness, could and would

27 testify competently thereto.

28

2. I have over ten years of paralegal experience in civil litigation, including seven years specializing in disability access litigation. My hourly rate is based upon my experience, knowledge and qualifications. My responsibilities include conducting legal research, client interviews, researching clients' claims, drafting complaints, drafting default documents and motions for default judgment, drafting fees motions, drafting discovery requests, drafting miscellaneous documents and correspondence, corresponding with opposing parties and counsel, and coordinating the exchange of information with our access consultants.

3. My current hourly billable rate is $150.

4. I have spent 26.7 hours on the above-entitled matter, inclusive of this motion, for a total billable amount of $4,005.00.

5. I have reviewed my time entries on the Inventory of Time attached as Exhibit B to the Declaration of Tanya E. Moore, filed herewith, and they correctly reflect the time I have spent on this matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: February 10, 2020                /s/ Whitney Law
                                        Whitney Law

I attest that the original signature of the person whose electronic signature is shown above is maintained by me, and that his or her concurrence in the filing of this document and attribution of his or her signature was obtained.

                                        /s/ Tanya E. Moore
                                        Tanya E. Moore
                                        Attorney for Plaintiff,
                                        Gerardo Hernandez

DECL. OF PARALEGAL WHITNEY LAW IN SUPPORT OF PLAINTIFF'S FEES MOTION