Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff
Gerardo Hernandez

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SPRING CHARTER INC. dba VALLEY MARKET & GAS, et al.,<br><br>　　　　Defendants. | No. 3:19-cv-01479-TSH<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS, AND LITIGATION EXPENSES** |

Plaintiff's Motion for Attorney's Fees and Costs came before the Court on Mrch 19, 2020. Having carefully considered Plaintiff's motion, and the papers filed in support of and in opposition to the motion, and good cause appearing, Plaintiff's motion is GRANTED.

**IT IS HEREBY ORDERED** that Defendants Spring Charter Inc. dba Valley Market & Gas and Satnam LLC shall pay Plaintiff, Gerardo Hernandez, his attorneys' fees, costs, and litigation expenses in the amount of $_____ within thirty (30) days of the date of this Order.

Dated: _____

THOMAS S. HIXSON
United States Magistrate Judge