| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, and State Bar number): | | | EJ-001 |
|---|---|---|---|

After recording, return to:
Tanya E. Moore, SBN 206683
Moore Law Firm, P.C.
300 South First Street
San Jose, CA 95113

TEL NO.: (408)298-2000  FAX NO. (optional): (408) 298-6046
E-MAIL ADDRESS (Optional): service@moorelawfirm.com

[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

**U.S. District Court - Northern District of California**
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco, CA  94102
BRANCH NAME: San Francisco Division

PLAINTIFF: Gerardo Hernandez
DEFENDANT: Spring Charter Inc., et al.

## ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS
[ ] Amended

CASE NUMBER: 3:19-cv-01479-TSH

FOR RECORDER'S USE ONLY
FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      
      Spring Charter Inc. dba Valley Market & Gas
      2303 Spring Street
      Redwood City, CA 94063
      
   b. Driver's license no. [last 4 digits] and state:  [X] Unknown
   c. Social security no. [last 4 digits]:  [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
      Amandeep Kaur Dhillon
      2225 Ralmar Avenue, East Palo Alto, CA 94303

2. [X] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   Gerardo Hernandez
   c/o Moore Law Firm, P.C.
   300 S. First St., Ste. 342, San Jose CA 95113

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: March 26, 2020

Tanya E. Moore
(TYPE OR PRINT NAME)

▶ /s/ Tanya E. Moore
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 20,236.98
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): March 11, 2020
   b. Renewal entered on (date):
9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on (date):
March 27, 2020

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

SUSAN Y. SOONG
Clerk, by /s/ W. Noble , Deputy

---

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

CEB
www.ceb.com

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

| PLAINTIFF: Gerardo Hernandez | COURT CASE NO.: |
| --- | --- |
| DEFENDANT: Spring Charter Inc., et al. | 3:19-cv-01479-TSH |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address)*:

14. Judgment creditor *(name and address)*:

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

    Satnam LLC
    2225 Ralmar Avenue
    East Palo Alto, CA 94303

    Driver's license no. [last 4 digits] and state: [X] Unknown

    Social security no. [last 4 digits]: [X] Unknown

    Summons was personally served at or mailed to *(address)*:
    Amandeep Kaur Dhillon
    2225 Ralmar Avenue
    East Palo Alto, CA 94303

17. Name and last known address

    Driver's license no. [last 4 digits] and state: ☐ Unknown

    Social security no. [last 4 digits]: ☐ Unknown

    Summons was personally served at or mailed to *(address)*:

18. Name and last known address

    Driver's license no. [last 4 digits] and state: ☐ Unknown

    Social security no. [last 4 digits]: ☐ Unknown

    Summons was personally served at or mailed to *(address)*:

19. Name and last known address

    Driver's license no. [last 4 digits] and state: ☐ Unknown

    Social security no. [last 4 digits]: ☐ Unknown

    Summons was personally served at or mailed to *(address)*:

20. ☐ Continued on Attachment 20.